JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA SPALDING,<br><br>        Plaintiff,<br><br>     v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No.: 5:22-CV-00532-AB-E<br><br>District Judge: Hon. André Birotte Jr.<br><br>~~[PROPOSED]~~ **JUDGMENT** |

The Court has been notified that Plaintiff KRISTINA SPALDING ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 on July 6, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $68,000.00 pursuant to the terms of the Rule 68 Offer. All dates are vacated.

**IT IS SO ORDERED.**

Date: October 23, 2023

_____
Honorable André Birotte Jr.
United States District Judge

1

~~[PROPOSED]~~ **JUDGMENT**